**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>HARMINDER SIAN, an individual; and DALJEET S. MANN, an individual,<br><br>Defendants. | Civil Action No. 13-cv-1563-SDW-MCA<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("RWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Harminder Sian and Daljeet S. Mann (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 14, 2013, seeking damages as a result of the breach of a license agreement between RWI and Sandia Resorts, Inc., and service of a copy of the Summons and Complaint having been effectuated with respect to Harminder Sian by personally serving him in Albuquerque, New Mexico on April 4, 2013, and with respect to Daljeet S. Mann via certified and regular mail dated May 15, 2013 in Modesto, California; and it appearing that default was duly noted by the Clerk of the Court against Defendants on June 13, 2013 for their

failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 5th day of September, 2013,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $352,616.49, comprised of the following:

a) $160,000.00 for liquidated damages;

b) $59,885.10 for liquidated damages prejudgment interest;

c) $126,469.83 for Recurring Fees (principal plus prejudgment interest); and

d) $6,733.09 for attorneys' fees and costs, respectively
$5400 + 861.56

_____
SUSAN D. WIGENTON, U.S.D.J.

6